HOWARD BELL, an Infant, v. JOHN F. CRONIN, INC.— Motion to dismiss

appeal granted, with ten dollars costs.　Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.